# *Records and Proceedings in Debtor's State Court Rescission Action*